**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| | : | **MDL DOCKET NO. 4:03-CV-1507-BRW** |
| **IN RE:** | : | |
| **PREMPRO PRODUCTS LIABILITY** | : | |
| **LITIGATION** | : | **CASES EXHIBIT A** |

**ORDER**

Pending are the generic drug manufacturer defendants' motions for judgment on the pleadings under Federal Rule of Civil Procedure 12(c). However, I intend to consider matters outside the pleadings[1] when addressing the motions, so the motions must be treated as motions for summary judgment.[2]

Accordingly, by 5 p.m., Monday, May 20, 2013, Plaintiff must provide all additional evidence that she claims support the causes of action in her amended complaint against the generic drug manufacturers. I believe that two weeks is sufficient time since discovery has been ongoing for ten years and my September 2012 Order directed that Plaintiff provide specific factual allegations -- at this point, Plaintiff should have the evidentiary support for any allegations in her amended complaint.

The supplement should provide supporting evidence for Plaintiff's allegations rather than prose. Generic allegations without evidentiary support are insufficient at this point.

IT IS SO ORDERED this 6th day of May, 2013.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

[1]For example, on April 1, I requested that Plaintiff provide me with the FDA's letter from 2000 mentioned in the Amended Complaint. In response, Plaintiff provided several documents.

[2]Federal Rule of Civil Procedure 12(d) reads: "If, on a motion under 12(b)(6) or 12(c) matters outside the pleadings are presented to and not excluded by the court, the motion must be treated as one for summary judgment under Rule 56. All parties must be given a reasonable opportunity to present all the material that is pertinent to the motion."

**EXHIBIT A**

4:04-cv-00717-BRW Lund v. Wyeth, et al
4:04-cv-00723-BRW Gallegos v. Wyeth
4:04-cv-01223-BRW Alexander et al v. Wyeth LLC et al
4:04-cv-01294-BRW Cheltra v. Wyeth, et al
4:04-cv-01308-BRW Banard, et al v. Wyeth, et al

4:05-cv-00075-BRW Clouser v. Wyeth, et al
4:05-cv-00146-BRW Lee v. Wyeth, et al
4:05-cv-00206-BRW Posey et al v. Wyeth et al
4:05-cv-00253-BRW Palomo, et al v. Wyeth, et al
4:05-cv-00396-BRW Daly v. Wyeth, et al

4:05-cv-00558-BRW Andenoro, et al v. Wyeth, et al
4:05-cv-00598-BRW Paquin, et al v. Wyeth, et al
4:05-cv-00614-BRW Campbell v. Wyeth, et al
4:05-cv-00697-BRW Spicer v. Wyeth, et al
4:05-cv-00910-BRW Wilkerson v. Wyeth Inc, et al

4:05-cv-01366-BRW Cain v. Pharmacia a Upjohn Company LLC et al
4:05-cv-01433-BRW Bowling et al v. Wyeth et al
4:05-cv-01573-BRW Beaver v. Wyeth et al
4:05-cv-01575-BRW Miller v. Wyeth et al
4:05-cv-01793-BRW Keener v. Pfizer Inc et al

4:05-cv-01896-BRW Johnson v. Wyeth et al
4:06-cv-00079-BRW Hinkle v. Wyeth et al
4:06-cv-00160-BRW Giambrone v. Wyeth et al
4:06-cv-00294-BRW Ridgeway et al v. Wyeth et al
4:06-cv-00430-BRW Dudley v. Wyeth et al

4:06-cv-00443-BRW Plowman et al v. Wyeth et al
4:06-cv-00493-BRW Bolton et al v. Wyeth et al
4:06-cv-00722-BRW Moffett v. Wyeth et al
4:06-cv-00800-BRW Thomas v. Wyeth et al
4:06-cv-00821-BRW Goldberg v. Wyeth et al

4:06-cv-00879-BRW Russell et al v. Vivelle Ventures LLC et al
4:06-cv-00916-BRW Lyons v. Wyeth et al
4:06-cv-00938-BRW Wright v. Wyeth et al
4:06-cv-01022-BRW Black v. Wyeth et al
4:06-cv-01048-BRW Goodman v. Wyeth et al

4:06-cv-01120-BRW White-Brown v. Wyeth et al
4:06-cv-01127-BRW Wojcik v. Wyeth et al
4:06-cv-01165-BRW Cavaliere v. Wyeth et al
4:06-cv-01224-BRW Bradley v. Wyeth et al
4:06-cv-01339-BRW Kinser v. Wyeth et al

4:06-cv-01345-BRW Clement et al v. Wyeth et al
4:06-cv-01398-BRW Puzzuole v. Wyeth et al
4:06-cv-01438-BRW Zimmerman v. Wyeth et al
4:06-cv-01443-BRW Johnson v. Wyeth et al
4:06-cv-01455-BRW Neubarth v. Wyeth et al

4:06-cv-01488-BRW Roseman v. Wyeth et al
4:06-cv-01502-BRW Rosenbloom et al v. Wyeth et al
4:06-cv-01506-BRW Balis et al v. Wyeth et al
4:06-cv-01516-BRW Schultz v. Wyeth et al
4:06-cv-01564-BRW Sayers v. Wyeth et al

4:06-cv-01617-BRW Koch v. Wyeth et al
4:06-cv-01650-BRW Chambers v. Wyeth et al
4:06-cv-01679-BRW Rittenberry v. Wyeth et al
4:07-cv-00095-BRW Williams et al v. Wyeth et al
4:07-cv-00419-BRW Tangman et al v. Wyeth et al

4:07-cv-00478-BRW Harding v. Wyeth et al
4:07-cv-00558-BRW Dale v. Wyeth et al
4:07-cv-00731-BRW Irwin et al v. Wyeth et al
4:08-cv-00402-BRW Kielty v. Wyeth et al
4:08-cv-00462-BRW Okon v. Wyeth et al

4:08-cv-00699-BRW Draper et al v. Wyeth et al
4:08-cv-00864-BRW Barnes v. Wyeth et al
4:08-cv-01393-BRW Fisher v. Wyeth et al
4:08-cv-01687-BRW Peterson v. Wyeth et al
4:08-cv-01848-BRW Weaver v. Barr Pharmaceuticals Inc et al

4:08-cv-01999-BRW Weaver v. Wyeth et al
4:08-cv-02116-BRW Blaisdell v. Wyeth et al
4:08-cv-02313-BRW Weaver v. Wyeth et al
4:08-cv-02314-BRW Kropf v. Wyeth et al
4:08-cv-02388-BRW McCarthy v. Wyeth Pharmaceuticals Inc et al

4:08-cv-02413-BRW Cook v. Wyeth et al
4:08-cv-03119-BRW Estell v. Wyeth et al
4:08-cv-03121-BRW Reed v. Pfizer Inc et al
4:08-cv-03167-BRW Bumpas v. Wyeth et al
4:08-cv-03178-BRW Johann v. Wyeth et al

4:08-cv-03207-BRW McLain v. Wyeth et al
4:08-cv-03211-BRW Haupert v. Wyeth et al
4:08-cv-03213-BRW Weinfurtner v. Wyeth et al
4:08-cv-03631-BRW Alvarran et al v. Wyeth, et al
4:08-cv-03677-BRW Burton et al v. Wyeth, et al

4:08-cv-03699-BRW Hennin v. Wyeth Inc et al
4:08-cv-03723-BRW Cornell v. Wyeth, et al
4:08-cv-03777-BRW Goodman et al v. Wyeth, et al
4:08-cv-03833-BRW Humphreys v. Wyeth, et al
4:08-cv-03905-BRW Mayo et al v. Wyeth, et al

4:08-cv-03913-BRW Roy et al v. Wyeth, et al
4:08-cv-03923-BRW Saunders et al v. Wyeth, et al
4:08-cv-03927-BRW Scarbro et al v. Wyeth, et al
4:08-cv-03932-BRW Scott et al v. Wyeth, et al
4:08-cv-03985-BRW Mitchelll v. Wyeth, et al

4:08-cv-04017-BRW Utt et al v. Wyeth, et al
4:08-cv-04087-BRW Poe et al v. Wyeth, et al
4:09-cv-00103-BRW Huff v. Barr Laboratories Inc et al
4:09-cv-00741-BRW Frambs v. Wyeth et al
4:10-cv-00291-BRW Turk v. Wyeth et al

4:10-cv-00350-BRW Banks v. Wyeth LLC et al
4:10-cv-00370-BRW Steele et al v. Wyeth et al
4:10-cv-00461-BRW Slaton v. Wyeth LLC et al
4:10-cv-00475-BRW Hart et al v. Wyeth LLC et al
4:10-cv-00478-BRW Evosevich et al v. Wyeth LLC et al

4:10-cv-00569-BRW Williams v. Wyeth LLC et al
4:10-cv-00609-BRW Walther v. Wyeth LLC et al
4:10-cv-00656-BRW Wilson v. Wyeth LLC et al
4:10-cv-00823-BRW Kirchhoff v. Wyeth LLC et al
4:10-cv-00912-BRW Jacquemart v. Wyeth LLC et al

4:10-cv-00921-BRW Bussart v. Wyeth LLC et al
4:10-cv-00922-BRW Moore v. Wyeth LLC et al
4:10-cv-00923-BRW Meranto v. Wyeth LLC et al
4:10-cv-00926-BRW Fields v. Wyeth LLC et al
4:10-cv-00935-BRW Wood v. Wyeth LLC et al

4:10-cv-00941-BRW Mangan v. Wyeth LLC
4:10-cv-00955-BRW Provasnik v. Wyeth Inc et al
4:10-cv-00988-BRW Anglin v. Wyeth LLC et al
4:10-cv-00989-BRW Dahlman v. Wyeth LLC et al
4:10-cv-01018-BRW Raatz v. Wyeth LLC et al

4:10-cv-01029-BRW Beylen v. Wyeth LLC et al
4:10-cv-01030-BRW Contreras v. Wyeth LLC et al
4:10-cv-01034-BRW Howard v. Wyeth LLC et al
4:10-cv-01035-BRW Stanionis v. Wyeth LLC et al
4:10-cv-01039-BRW Gilmore v. Wyeth LLC et al

4:10-cv-01040-BRW Crane v. Wyeth LLC et al
4:10-cv-01046-BRW Meiller v. Wyeth LLC
4:10-cv-01060-BRW Sain v. Wyeth LLC et al
4:10-cv-01061-BRW Struckmann v. Wyeth LLC et al
4:10-cv-01080-BRW Dasen v. Wyeth LLC et al

4:10-cv-01267-BRW Owens et al v. Wyeth LLC et al
4:10-cv-01272-BRW Mosely v. Wyeth LLC et al
4:11-cv-00203-BRW Whatley et al v. Wyeth LLC et al
4:11-cv-00787-BRW Riegle et al v. Wyeth LLC et al